1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Vaughn A. Crawford
Nevada Bar No. 7665
Alexandria Layton
Nevada Bar No. 14228
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: vcrawford@swlaw.com
Email: alayton@swlaw.com

*Attorneys for Defendant*
*General Motors LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RIGOBERTO PLATA MATAMOROS,
individually, ELSA YANES MATUTE DE
PLATA, Individually and as the Administrator
of the Estate of IVAN ENTIQUE PLATA-
YANES, Deceased,

                    Plaintiffs,

        v.

GENERAL MOTORS, LLC, d/b/a
CHEVROLET, DOES I-V and ROE
ENTITIES I-V,

                    Defendants.

CASE NO. 2:17-cv-00578-MMD-VCF

**STIPULATION AND ORDER TO
DISMISS PLAINTIFFS' CLAIMS WITH
PREJUDICE**

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the

dismissal of all claims in this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own fees and costs.

DATED: July 13, 2018.

SNELL & WILMER L.L.P.

By: */s/ Alexandria Layton*
Vaughn Crawford, NV Bar No. 7665
Alexandria Layton, NV Bar No. 14228
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

*Attorneys for Defendant*
*General Motors, LLC*

CRAIG K. PERRY& ASSOCIATES

By: */s/ Craig K. Perry*
Craig K. Perry
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 8917

David E. Harris (admitted pro hac vice)
Louie J. Cook (admitted pro hac vice)
SICO, HOELSCHER, HARRIS & BRAUGH, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED: _____**

4824-4762-6595.2

- 2 -