Vaughn A. Crawford
Nevada Bar No. 7665
Alexandria Layton
Nevada Bar No. 14228
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: vcrawford@swlaw.com
Email: alayton@swlaw.com

*Attorneys for Defendant
General Motors LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGOBERTO PLATA MATAMOROS, individually, ELSA YANES MATUTE DE PLATA, Individually and as the Administrator of the Estate of IVAN ENTIQUE PLATA-YANES, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS, LLC, d/b/a CHEVROLET, DOES I-V and ROE ENTITIES I-V,<br><br>Defendants. | CASE NO. 2:17-cv-00578-MMD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims in this action with prejudice.

///

///

///

///

///

///

///

Each party will bear their own fees and costs.

DATED: July 13, 2018.

| | |
|---|---|
| SNELL & WILMER L.L.P. | CRAIG K. PERRY & ASSOCIATES |
| By: */s/ Alexandria Layton*<br>Vaughn Crawford, NV Bar No. 7665<br>Alexandria Layton, NV Bar No. 14228<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant*<br>*General Motors, LLC* | By: */s/ Craig K. Perry*<br>Craig K. Perry<br>8010 W. Sahara Avenue, Suite 260<br>Las Vegas, Nevada 8917<br><br>David E. Harris (admitted pro hac vice)<br>Louie J. Cook (admitted pro hac vice)<br>SICO, HOELSCHER, HARRIS & BRAUGH, L.L.P.<br>802 N. Carancahua, Suite 900<br>Corpus Christi, Texas 78401<br><br>*Attorneys for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

**DATED:** July 16, 2018

4824-4762-6595.2